| | |
|---|---|
| 1 | BENJAMIN B. WAGNER<br>United States Attorney |
| 2 | TODD A. PICKLES<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | (916) 554-2700 (main)<br>(916) 554-2900 (facsimile) |

FILED

JUL 1 1 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

IN RE Searches Warrants for Gmail Account, Computers and Cellular Telephones In The Name Or Possession of Troy Stratos.

CASE NOS. 2:12-sw-00324 DAD;
2:12-sw-00436 EFB;
2:12-sw-00437 EFB;
2:12-sw-00438 EFB;
2:12-sw-00439 EFB; and
2:12-sw-00440 EFB

**[PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS**

The Court hereby orders that the search warrants, supporting affidavit, and applications in Case Nos. 2:12-sw-00324 DAD, 2:12-sw-00436 EFB, 2:12-sw-00437 EFB, 2:12-sw-00438 EFB, 2:12-sw-00439 EFB, and 2:12-sw-00440 EFB, as well as the Petition to Seal, and the Order sealing these documents, shall be unsealed and made part of the public record.

DATED: July 2, 2013

HON. KENDALL J. NEWMAN
United States Magistrate Judge

3